FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 19 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
Yohanan Shimonov, on behalf of
himself and all other
similarly situated consumers,

                Plaintiff,,

-against-

NATIONAL ENTERPRISE SYSTEMS, INC.,

                Defendant.
-------------------------------------------------x

Civ. Action No. 1:18cv00190 (ENV) (JO)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff and Defendant, that Plaintiff's claims against Defendant in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff and Defendant shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

Dated: New York, New York
       May 11, 2018

COHEN & MIZRAHI LLP

By: _____
Daniel Cohen
300 Cadman Plaza W, 12th Floor
Brooklyn, New York 11201
*Attorneys for Plaintiff*

SO ORDERED:
/s/ USDJ ERIC N. VITALIANO
Hon. Eric N. Vitaliano, U.S.D.J.

The Clerk is directed to close this case.

RIVKIN RADLER LLP

By: _____
Jonathan B. Bruno
Deborah M. Isaacson
477 Madison Avenue, 20th Floor
New York, New York 10022
*Attorneys for Defendant*

Dated: June 18, 2018
New York, New York

3996230 v1